NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARIA SANDRA FERNANDEZ DE IGLESIAS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5060

---

Appeal from the United States Court of Federal Claims in case no. 08-CV-0464, Senior Judge Bohdan A. Futey.

---

## ON MOTION

---

## O R D E R

Upon consideration of Maria Sandra Fernandez De Iglesias' motion to withdraw her appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

MARIA DE IGLESIAS V. US                                           2

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26

ISSUED AS MANDATE: April 10, 2013